IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CEDRIC ARNEZ GIBSON, | ) | |
| Register No. 1022932, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-4249-CV-C-SOW |
| | ) | |
| IRENE KARNS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On November 4, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.[1]

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of November 4, 2008, is adopted. [8] It is further

ORDERED that plaintiff's claims are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted, and pursuant to the abstention doctrine. It is further

---

[1] Plaintiff's three notices of filings appear to be duplicate inmate account statements and are not relevant to the Report and Recommendation; therefore, they are not considered.

ORDERED that the Clerk of Court forward to plaintiff forms for filing a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: January 9, 2009

2